LaGamba, Appellant, *v.* Philadelphia.

Argued September 18, 1967. *Charles F. Quinn*, with him *Sheer & Mazzocone*, for appellant; *Benjamin Cherry*, Assistant City Solicitor, with him *Matthew W. Bullock, Jr.*, Second Deputy City Solicitor, and *Edward G. Bauer, Jr.*, City Solicitor, for City of Philadelphia, appellee.

Order affirmed.